UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY EAVES,            )<br>      *Plaintiff*,            )<br>                                    )<br>v.                                 )<br>                                    )  Civil Action No. 3:19-cv-1153-B<br>CARRIER CORPORATION, )<br>      *Defendant*.           ) | |

### JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Order dated August 12, 2021 (Doc. 108), Plaintiff Larry Eaves ("Eaves") and Defendant Carrier Corporation ("Carrier") (collectively the "Parties") hereby notify the Court that the Parties have settled the above-captioned matter. The Parties anticipate filing dismissal papers within thirty (30) days.

DATED:  June 17, 2021

Respectfully submitted,                                          Respectfully submitted,

/s/ *Stephanie Johnson Manning*

/s/ Susan E. Hutchison (with permission)         Linda C. Schoonmaker
Susan E. Hutchison                                               Texas Bar No. 17806300
Texas Bar No. 10354100                                       Esteban Shardonofsky
Hutchison & Foreman, PLLC                               Texas State Bar No. 24051323
505 Pecan Street, Suite 102                                  sshardonofsky@seyfarth.com
Telephone:  (817) 820-0100                                  Stephanie J. Manning
Facsimile:  (817) 820-0111                                   Texas Bar No. 24099422
                                                                              Smanning@seyfarth.com
**ATTORNEYS FOR PLAINTIFF**                      Seyfarth Shaw LLP
**LARRY EAVES**                                                700 Milam Street, Suite 1400
                                                                              Houston, Texas 77002-2812
                                                                              Telephone:  (713) 225-2300
                                                                              Facsimile:  (713) 225-2340

**ATTORNEYS FOR DEFENDANT**
**CARRIER CORPORATION**

## CERTIFICATE OF SERVICE

I certify that on August 12, 2021, I served the Joint Notice of Settlement on the following upon counsel of record via the court's CM/ECF system:

Susan E. Hutchison
HUTCHISON & FOREMAN, PLLC
505 Pecan Street, Suite 102
Fort Worth, Texas  76102

*Attorneys for Plaintiff*

                                                        /s/ *Stephanie Johnson Manning*_____
                                                        Stephanie Johnson Manning