IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS WORTH DIVISION

| | |
|---|---|
| **LARRY EAVES,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 3:19-cv-1153-B |
| § | |
| **UNITED TECHNOLOGIES CORP.,** § | |
| § | |
| *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Larry Eaves ("Plaintiff") and Defendant United Technologies Corp. ("Defendant") file this Joint Stipulation of Dismissal With Prejudice and state:

### I.

The parties have resolved the issues in controversy, and Plaintiff no longer wishes to pursue any claims and causes of action he has against Defendant. The parties therefore jointly stipulate to the dismissal of any and all claims asserted, or assertable by Plaintiff against Defendant in their entirety, with prejudice to the refiling of the same, with each party to bear its own costs of court, including attorneys' fees, incurred herein.

### II.

### RELIEF REQUESTED

Plaintiff and Defendant jointly stipulates that the Court dismiss this case with prejudice, with all costs of court, including attorneys' fees, taxed against the party incurring the same.

Respectfully submitted,

By: */s/ Susan E. Hutchison*
 SUSAN E. HUTCHISON
 Texas State Bar No. 10354100
 sehservice@FightsforRight.com

**HUTCHISON & FOREMAN, PLLC**
505 Pecan Street, Suite 102
Fort Worth, Texas  76102
(817) 336-5533 (Phone)
(817) 887.5471 (Fax)

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Stephanie Johnson Manning*
 STEPHANIE JOHNSON MANNING
 Texas State Bar No. 24099422
 Smanning@seyfarth.com
 LINDA C. SCHOONMAKER
 Texas State Bar No. 17806300
 LSchoonmaker@seyfarth.com

**SEYFARTH SHAW LLP**
700 Milam St., Ste. 1400
Houston, Texas  77002
(713) 225-2300 (Phone)
(713) 225-2340 (Fax)

**ATTORNEYS FOR DEFENDANTS**